Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

------

Jack Chapman, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Walton County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General for the motion.

------

Bartolo Valentin, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Hillsborough County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

------

H. A. Gay, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Jackson County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford*, Attorney General, for the motion.

---

E. D. Clark, Plaintiff in Error, v. W. H. Dowling, as Sheriff of Duval County, Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Duval County.

Writ of Error dismissed on motion of counsel for the respective parties.

*J. W. Morris*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, for Defendant in Error.

---

Nettie S. Locher, Plaintiff in Error, v. Moses S. Penton, as Sheriff of Escambia County, Florida, Defendant in Error.

A Writ of Error to the Court of Record for Escambia County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Philip D. Beall*, for the motion.